# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs. JASON ALVAREZ**             Docket No. 3:03CR00181(AVC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Brendon M. Pierpaoli, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jason Alvarez who was sentenced to 37 months custody, followed by 4 years supervised release for a violation of 21 U.S.C. § 846, Conspiracy to Possess With Intent to Distribute Cocaine, by the Honorable Steven J. McAuliffe, Chief United States District sitting in the court in Concord, New Hampshire on July 9, 2001 and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: The defendant shall participate in a program approved by the United States Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. The defendant shall pay for the cost of treatment to the extent he is able as determined by the probation officer.

Jason Alvarez began supervision on May 16, 2003. A transfer of jurisdiction in this case was completed on June 20, 2003 and the case was assigned to the Honorable Alfred V. Covello, Senior U.S. District Judge.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

Charge #1: Standard Condition - "You shall not commit another federal, state, or local crime." On November 23, 2005, Mr. Alvarez was arrested for Conspiracy to Commit Assault 1st Degree, and 3 charges of Assault 1st Degree by the Danbury, Connecticut Police. Since November 27, 2005, Mr. Alvarez has been at liberty on a $200,000 bond while these Connecticut State charges are pending. The Court was notified of this arrest on November 23, 2005. On December 24, 2005, the New York Police Department 34th Precinct arrested Mr. Alvarez while he was in front of a restaurant at 440 West 202 Street in Manhattan, New York. He was charged with Assault, 3rd Degree, Forcible Touching, and Menacing, 3rd Degree after an altercation with a female and her brother. He was released on a promise to appear. Mr. Alvarez's next scheduled court date is March 9, 2006.

Charge #2: Standard Condition - "The defendant shall not leave the judicial district without the permission of the court or probation officer." Mr. Alvarez did not have permission to be in New York on December 24, 2005.

Charge #3: Standard Condition - "The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer" Mr. Alvarez did not inform the U.S. Probation Office of his arrest on December 24, 2005, until he was confronted with the information during an office visit on January 30, 2006.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Jason Alvarez to appear before this court at Hartford, Connecticut on March 8, 2006, at 11:00 a.m. to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this ____ day of March, 2006 and ordered filed and made a part of the records in the above case.

_____
The Honorable Alan H. Nevas
Senior United States District Judge

Sworn to By _____
Brendon M. Pierpaoli
United States Probation Officer

Place _____
Date _____

Before me, the Honorable Alan H. Nevas, Senior United States District Judge, on this ____ day of March, 2006, at Bridgeport, Connecticut, U.S. Probation Officer Brendon M. Pierpaoli appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Alan H. Nevas
Senior United States District Judge